IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRA NOVO, INC.,

    Plaintiff,

v.

GOLDEN GATE PRODUCTS, INC.,

    Defendant.

No. C-03-2684 MMC

**ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN AND RESTORE; SCHEDULING STATUS CONFERENCE**

Before the Court is plaintiff's Motion to Reopen and Restore, filed April 26, 2011.

The Court having read and considered the motion, and good cause appearing in light of the entry of the Final Decree in defendant's bankruptcy proceeding, the motion is hereby GRANTED.

The parties shall appear before the Court on June 3, 2011, at 10:30 a.m. for a status conference. A Joint Status Statement shall be filed no later than May 27, 2011.

**IT IS SO ORDERED.**

Dated: May 3, 2011

MAXINE M. CHESNEY
United States District Judge