IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRA NOVO, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>GOLDEN GATE PRODUCTS, INC.,<br><br>      Defendant.<br>_____ / | No. C-03-2684 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT; DIRECTIONS TO CLERK; SETTING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

      Before the Court is the "Separate Case Management Statement Filed by Plaintiff, Terra Novo, Inc., and Request for Entry of Default," filed September 13, 2011.  Having read and considered said filing, the Court rules as follows.

      By order filed July 27, 2011, the Court granted Luce, Forward, Hamilton & Scripps LLP's motion to withdraw as counsel for defendant Golden Gate Products, Inc. ("Golden Gate"). The Court also advised Golden Gate that "where a corporate defendant does not appear through counsel, the plaintiff may seek entry of a default judgment."  (See Order, filed July 27, 2011, at 2:11-15.)  In order to afford Golden Gate the opportunity to obtain new counsel, the Court continued the Case Management Conference to September 23, 2011, from its then-scheduled date of August 26, 2011, and directed the parties to file a case management statement no later than September 16, 2011.

      Golden Gate did not file a case management statement by the deadline set forth in

the Court's July 27, 2011 order, and has not otherwise appeared through new counsel.

Accordingly, plaintiff's request for entry of default is hereby GRANTED, and the Clerk is DIRECTED to enter said defendant's default.

No later than October 21, 2011, plaintiff shall file a motion for default judgment or, alternatively, a statement indicating why it should not be required to do so.

In light of the above, the Court hereby CONTINUES the Case Management Conference from September 23, 2011 to January 13, 2012, at 10:30 a.m. A Case Management Conference shall be filed no later than January 6, 2012.

**IT IS SO ORDERED.**

Dated: September 19, 2011

MAXINE M. CHESNEY
United States District Judge